**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
LEROY JONES,                                            :
                                                       :
              Plaintiff,           :        21-CV-4426 (VSB) (OTW)
                                                       :
             -against-            :        **SCHEDULING ORDER**
                                                       :
HEALTHFIRST, INC., et al.,                             :
                                                       :
              Defendants.           :
                                                       :
                                                       :
-------------------------------------------------------------x

       **ONA T. WANG**, **United States Magistrate Judge**:

       The Court will hold a **Pre-Settlement Conference Scheduling Call on Tuesday,**

**December 07, 2021 at 11:30 a.m.**  The dial in information is (866) 390-1828, access code

1582687.

       **SO ORDERED.**


                                  _s/  Ona T. Wang_
Dated: October 27, 2021                                **Ona T. Wang**
      New York, New York                      United States Magistrate Judge